Michael Geddati
4725 Magnolia Park Cir W
Collierville, TN 38017
(901) 832-3180

Honorable Judge Thomas Parker
Odell Horton Federal Building
167 North Main Street
Memphis, TN 38103

August 1st, 2022

**RE: Case Number: 2:19R20039-001-TLP**

Honorable Judge Thomas Parker,

I am writing this letter to petition the court for an early termination of my probation.

I have been on probation for almost three years since sentencing (August 2019). During these three years, I decided to continue my education and enroll at Southwest Tennessee Community College to earn enough credits (GPA: 4.0) to attend The University of Memphis. Since my enrollment at The University of Memphis, I have maintained strong grades with an institutional GPA of 3.97. I serve as a Teaching Assistant to tutor and mentor students in biology courses. I am set to graduate in December 2022 with a Bachelor of Science in Biology and minors in Chemistry and Psychology. I am currently in the process of applying to medical schools as well as other graduate programs.

Most importantly, over the past three years, I have learned from my mistakes and have been working hard ever since to do my very best in everything that I do to prove to people that I am a better person. With my career goals, I know that it will be a challenging journey, but I believe that I have built up the perseverance and determination to face any obstacle and do well. I would greatly appreciate this early termination to help me move one step toward going back to the life I had prior to this incident and one step toward reaching my career goals.

Thank you for your time and consideration in reading this letter.

Sincerely,

Michael Geddati