# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. 2:19-cr-20039-TLP |
| v. ) | |
| MICHAEL GEDDATI, ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION

Defendant, Michael Geddati, moves for extraordinary relief—that this Court terminate Defendant's Probation early. Mr. Geddati has been extraordinarily productive during his supervision. He has had no violations of the conditions of his probation, he has maintained employment and has obtained his Bachelor of Science degree. For these and the other reasons stated on the record during the hearing of May 18, 2023, the Court finds that Defendant has shown good cause to GRANT his motion and to terminate the period of Probation early. The Court therefore **GRANTS** Defendant's motion to terminate his period of Probation and **ORDERS** that Michael Geddati's Probation be terminated immediately upon the entry of this Order.

**SO ORDERED**, this 18th day of May, 2023.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE