

**Wendy R. Oliver**
*Clerk of Court*

# United States District Court
# Western District of Tennessee

| | |
|---|---|
| Federal Building | Federal Building |
| 167 North Main Street, Suite 242 | 111 South Highland, Room 262 |
| Memphis, Tennessee 38103 | Jackson, Tennessee 38301 |
| | |
| *901-495-1200 (Telephone)* | *731-421-9200 (Telephone)* |
| *901-495-1250        (Facsimile)* | *731-421-9210 (Facsimile)* |
| *Wendy_Oliver@tnwd.uscourts.gov* | |

Date  06/12/2024

  NOTICE: Retrieval of Exhibits in Case Number: 2:19-20039

Dear Counsel:
Our records indicate a final determination of the above case has been entered.

Local Rule 79.1 (c)  of the United District Court for the Western District of Tennessee
specifies:

> After the final determination of any action, counsel shall have 30 days
> within which to withdraw exhibits in the clerk's custody. In the event
> exhibits are not so withdrawn, the clerk shall destroy or otherwise
> dispose of said exhibits.

You are advised the exhibits in this case may be retrieved by contacting the case processing
staff at 901-495-1200. Such arrangement must be made within 10 days from receipt of this
notice. Following that date, if not retrieved, exhibits will be destroyed.

PLEASE REVIEW ATTACHED LIST

  Destruction date:   07/01/24

.Your cooperation is appreciated.

Sincerely,

**Wendy R. Oliver Clerk of Court**

By: s/ J. Easley

          **Deputy Clerk**

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     TENNESSEE

UNITED STATES OF AMERICA

## EXHIBIT AND WITNESS LIST

V.

MICHAEL GEDDATI

Case Number: 19-20039-01-TLP

| PRESIDING JUDGE Thomas L. Parker | | | | | PLAINTIFF'S ATTORNEY(S) Debra Ireland | DEFENDANT'S ATTORNEY(S) Christina Wimbley |
|---|---|---|---|---|---|---|
| PROCEEDING/DATE: Sentencing: 8/2/2019 | | | | | COURT REPORTER Cathy Best | COURTROOM DEPUTY Milton L. Knox |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1 | 8/2/2019 | √ | √ | Letter of Support | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | s/ Milton Knox  8/2/2019 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.